IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEONJANAE SHANTWANIQ
TILLMAN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

CASE NO. 1D15-5907

v.

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed March 21, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

Ryan Cardoso of Cardoso Law Offices, Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, and Quentin Humphrey, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the July 28, 2015, judgment and sentence in Santa Rosa County Circuit Court case number 12001532CFMXAX. Upon issuance of mandate in this cause, a

copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D). If petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent petitioner on appeal.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.